IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PATRICIA M. ZUNIGA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CAROLYN W. COLVIN, § <br> Defendant. § | CIVIL ACTION NO. 2:17-CV-35 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This is an appeal to the District Court from an unfavorable Social Security Disability ruling by the Commissioner of Social Security Administration, Carolyn W. Colvin. The appeal was referred to United States Magistrate Judge Jason B. Libby who issued his "Memorandum and Recommendation" on December 18, 2017, recommending that Plaintiff Patricia M. Zuniga's motion for summary judgment be denied. D.E. 13.

The Court reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 23), the pleadings, record, and Plaintiff's objections.[1] The Court **OVERRULES** the objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **DENIES** Plaintiff's motion for summary judgment (D.E. 11).

It is so ORDERED this _6_ day of ___Feb___, 2018.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE

---

[1] The Court reviewed *de novo* the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed.